Fill in this information to identify your case:

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

**Voluntary Petition for Individuals Filing for Bankruptcy**   12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **XANTHE** First Name _____ Middle Name **KALAGIS** Last Name _____ Suffix (Sr., Jr., II, III) | _____ First Name _____ Middle Name _____ Last Name _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | **SANDY** First Name _____ Middle Name **KALAGIS** Last Name | _____ First Name _____ Middle Name _____ Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 5 5 6 OR 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ OR 9xx – xx – ___ ___ ___ ___ |

About Debtor 1:

About Debtor 2 (Spouse Only in a Joint Case):

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 05 2017
JEFFERY P. ALLSTEADT, CLERK

Debtor 1   **XANTHE KALAGIS**

Case number (if known) _____

**4.   Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

_____
Number   Street

**707 Benton crt**
Number   Street

_____

_____

**LAKE VILLA**   **IL**   **60046**
City   State   ZIP Code

**Lake**
EIN

_____

_____

_____

_____

EIN

**5.   Where you live**

~~707 BENTON CT~~  XK

County   *LAKE*

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City   State   ZIP Code

If Debtor 2 lives at a different address:

_____
City   State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City   State   ZIP Code

**6.   Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.   The chapter of the Bankruptcy Code you are choosing to file**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

Official Form 101

Voluntary Petition for Individuals Filing for Bankruptcy

Debtor 1    **XANTHE KALAGIS**

Case number (if known) _____

**under** Chapter 7   ☑

☐ _____   Chapter 11   _____

☐ Chapter 12

☐ Chapter 13

8.   **How you will pay the fee**   ☑

☐

☐   **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

✗   **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

**I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

9.   **Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District **U. Dist I L**   When **01 17 2017**   Case number **17-02043**
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

10.  **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number, if known _____
MM / DD / YYYY

Debtor _____   Relationship to you _____

District _____   When _____   Case
MM / DD / YYYY   number, if known _____

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

11.  **Do you rent your residence?**

☒   No.  Go to line 12.

☐   Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **XANTHE KALAGIS** Case number (if known)

**You Own as a Sole Proprietor**

**Report About Any Businesses**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or

Name of business, if any

Number    Street

**12.  Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

LLC.
If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

City

State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

**Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.**  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Voluntary Petition for Individuals Filing for Bankruptcy

Debtor 1 **XANTHE KALAGIS** Case number (if known)

any property that needs immediate attention?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?* hazard to public health or safety? Or do you own

Where is the property? Number        Street

City

State        ZIP Code

## Explain Your Efforts to Receive a Briefing About Credit Counseling

15. Tell the court whether you have received briefing about credit counseling.

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the**

**180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe that you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Case number (if known)

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my

request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling** because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

estimate your liabilities to be?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." No.
☐ Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.
☒ Yes.

I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

**19. How much do you estimate your assets to be worth?**

**20. How much do you**

Voluntary Petition for Individuals Filing for Bankruptcy

☑

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000

☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000

☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000

☐ $50,001-$100,001    ☐ $500,001-$1

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $50,001-$100,001    ☐ $500,001-$1

200-999

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

☐ million    ☐ $500,000,001-$1 billion
☐ $100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

### Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Xanthe Kalagis_    X _____
XANTHE KALAGIS, Debtor 1    Signature of Debtor 2

Executed on __04/05/2017__    Executed on _____
MM / DD / YYYY    MM / DD / YYYY

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes. Name of Person **Susan M Signer**
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X *Xanthe Colagis*                              X _____
XANTHE KALAGIS, Debtor 1                        Signature of Debtor 2

Date __04/05/2017__                             Date _____
MM / DD / YYYY                                       MM / DD / YYYY

Contact phone __(847) 877-2060__                Contact phone _____

Cell phone __(847) 877-2060__                   Cell phone _____

Email address __grecomanxyz@yahoo.com__         Email address _____

Debtor 1   **XANTHE KALAGIS**

☐ Check if this is an amended filing

**Fill in this information to identify your case:**

Debtor 1   **XANTHE**                                    **KALAGIS**
    First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name         Last Name

United States
Bankruptcy
Court for the:
**NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Official Form 106Sum

**Summary of Your Assets and Liabilities and Certain Statistical Information**                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

1.    *Schedule A/B: Property* (Official Form 106A/B)

**Your assets**
Value of what you own

    1a.  Copy line 55, Total real estate, from Schedule A/B.................................................................
**$115,000.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B..........................................................

               **$23,200.00**  1c.   Copy line 63, Total of all property on Schedule    | **$139,200.00** |

    A/B...........................................................................................

[1] 3b.Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................+
**$25,223.88**

| **$147,223.88** |

## Part 3:    Summarize Your Income and Expenses

Your total liabilities

[2] .   *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.................................................................
**$1,887.00**

[3] .   *Schedule J: Your Expenses* (Official Form 106J)

## Part 2:   Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

2a.   Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....   **$122,000.00**

*Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

3a.   Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................

3.

**$0.00**

Case number (if known) _____

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑   Yes

7.   **What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

**$1,887.00**

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|

From Part 4 on *Schedule E/F,* copy the following:

| | |
|---|---|
| 9a.   Domestic support obligations.  (Copy line 6a.) | $0.00 _____ |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ **$0.00** |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ **$0.00** |
| 9d.   Student loans.  (Copy line 6f.) | _____ **$0.00** |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ **$0.00** |

Copy your monthly expenses from line 22c of Schedule J.................................................................................   _____
**$1,861.00**

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          page 1

Debtor 1    **XANTHE KALAGIS**

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    + _____    $0.00

9g.  **Total.**  Add lines 9a through 9f.

$0.00

---

**Fill in this information to identify your case:**

Debtor 1        **XANTHE**                              **KALAGIS**
                First Name        Middle Name        Last Name

Debtor 2        _____
(Spouse, if filing) First Name        Middle Name        Last Name

United States
Bankruptcy
Court for the:    _____

**NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Official Form 106Sum

☐ Check if this is an amended filing

Summary of Your Assets and Liabilities and Certain Statistical Information

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐  No

☑  Yes.    Name of _Susan Singer_    person    **Susan M Signer**    Attach

*Bankruptcy Petition Preparer's Notice,*

*Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
XANTHE KALAGIS, Debtor 1

X _____
Signature of Debtor 2

Date _____
MM / DD / YYYY

04/05/2017 Date _____
MM / DD / YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

page 1

Fill in this information to identify your case and this filing:

| | | |
|---|---|---|
| Debtor 1 | XANTHE | KALAGIS |
| | First Name    Middle Name    Last Name | |

| | | |
|---|---|---|
| Debtor 2 | | |
| (Spouse, if filing) First Name    Middle Name    Last Name | |

United States
Bankruptcy
Court for the:
**NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an amended filing

**Official Form 106A/B**

**Schedule A/B: Property**                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

_____
Street address, if available, or other description

**707 BENTON CT IL LAIL    60046**
City                State   ZIP Code

**Lake**
County

**RESIDENCE TOWNHOME
707 BENTON CT IL LAKE VILLA IL
60046**

**What is the property?**
Check all that apply.

☑
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑
☐
☐
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
      Single-family home

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D:*

| entire property? | Current value of the portion you own? |
|---|---|
| $135,000.00 | $135,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Residence**
_____

☐ Check if this is community property

*Creditors Who Have Claims Secured by Property.*

**Current value of the**

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

(see instructions)

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

property identification number: _____    _____

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here**................➔ | **$135,000.00** |

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
    ☐ No
    ☑ Yes

3.1.

claims on *Schedule*    **Toyota**         Who has an interest in the property?    Do not deduct secured claims or exemptions.  Put the
                       Make:                                                      Check one.    amount of any secured
Model: Debtor 1    **Corrolla LE**    ☑ D:
                   **1996**    ☐ only                                            *Creditors Who Have Claims Secured by Property.*
Year:              _____    ☐ Debtor 2 only
Debtor 1 and       _____    ☐                                              Current value of the    Current value of the
one of the debtors              ☐ Debtor 2 only entire property? portion you own? Approximate mileage: 89,000 At least
Other information:              and another **$1,500.00**  **$1,500.00**

**1996 TOYOTA CORROLLA LE  89000**    Check if this is community property
**VIN#1NXBB02EXTZ496199**    (see instructions)
**RESIDENCE**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you
    have attached for Part 2. Write that number here**................................➔ | **$1,500.00** |

## Part 3:    Describe Your Personal and Household Items
**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the
portion you own? Do
not deduct secured
claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**
                                                                    $1,450.00    _____

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
              music collections; electronic devices including cell phones, cameras, media players, games
    ☑ No
    ☐ Yes. Describe.....

8.  **Collectibles of value**    _____
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
              stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                        page 2

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **NECESSARY WEARING APP**
                          **RESIDENCE**                    $300.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe..... **WEDDING RING - CRUCIFIX W/ CHAIN WATCH**
                          **ON SELF**                    $350.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**................................................ ➔    $2,100.00

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

No

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes...................................................................................................................... Cash:
                            $300.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.........................    Institution name:

    17.1.  Checking account:   **WOOD FOREST NATIONAL BANK**
                           **ANTIOCH IL - CHECKING ACCT**                    $200.00

18.  **Bonds, mutual** funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes............................ Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☑ No
☐ Yes.  Give specific information about them......................... Name of entity: % of ownership:

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders. *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes.  Give specific information about them.........................
Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes.  List each account separately. Type of account:
Institution name:

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes............................  Institution name or individual:

23.  **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................  Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific

information about them

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific information about them

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific information about them

Debtor 1    XANTHE KALAGIS

Case number (if known)

_____

Money or property owed to you?

Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
☑ No
☐ Yes. Give specific information
returns          Federal: **$0.00** about them, including whether you already filed the
State: and the tax years.......................

$0.00

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information

Local:          $0.00

Alimony:  **$0.00**

Maintenance:          $0.00

Support:          $0.00

Divorce settlement:          $0.00

Property settlement:          $0.00

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☐ No
☑ Yes. Give specific information SOCIAL SECURITY BENEFITS AT $1,887/month          **Unknown**

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☑ Yes. Name the insurance company of each policy and list its value................  Company name:   Beneficiary:   Surrender
or refund value:

TERM LIFE - NO FACE VALUE - PAID
FOR WHEN I PASS HAS
BENEFICIARYS NOT ME.          Nick C. Kalagis          $0.00

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
☑ No
☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☑ No
☐ Yes.  Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor 1    XANTHE KALAGIS

Case number (if known) _____

☑ No
☐ Yes.  Describe each claim........  _____

**35.** Any financial assets you did not already list

☑ No
☐ Yes.  Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here.................................................................................. →

| $500.00 |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

**37.** Do you own or have any legal or equitable interest in any business-related property?

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions. **38.** Accounts receivable or commissions you already earned

☑ No
☐ Yes.  Describe...

**39.** Office equipment, furnishings, and supplies
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe...

**40.** Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☑ No
☐ Yes.  Describe...

**Inventory**

**41.** ☑ No
☐ Yes.  Describe...

☑ No
☐

**42.** Interests in partnerships or joint ventures

☑ No
☐ Yes.  Describe..... Name of entity:

**43.** Customer lists, mailing lists, or other compilations
☐
☐

% of ownership:

Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
No
Yes.  Describe.....

**44.** Any business-related property you did not already list

☑ No
☐ Yes.  Give specific information.

Debtor 1    XANTHE KALAGIS

Case number (if known)

45. Add the dollar value of all of your entries from Part 5, including any ⎤ entries for pages you
    have attached for Part 5. Write that number

    here.................................................................................................... →    | $0.00 |

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☒ No.  Go to Part 7.
☐ Yes.  Go to line 47.

portion you own? Do not deduct secured claims or exemptions. **47. Farm animals**    Current value of the
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes....    _____

48. Crops--either growing or harvested

☒ No
☐ Yes.  Give specific
information...............    _____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☒ No
☐ Yes....    _____

50. Farm and fishing supplies, chemicals, and feed

☒ No
☐ Yes....    _____

51. Any farm- and commercial fishing-related property you did not already list

☒ No
☐ Yes.  Give specific  information...............    _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here........................................................................ →    | $0.00 |

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☐ No
☒ Yes.  Give specific information.

**2 TVS -
RESIDENCE**

_____ $100.00

54. Add the dollar value of all of your entries from Part 7.  Write that number here.............. →    | $100.00 |

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2......................................................................... →    $135,000.00

56. Part 2: Total vehicles, line 5    $1,500.00

Debtor 1  **XANTHE KALAGIS**

Case number (if known)

57. **Part 3: Total personal and household items, line 15**

58. **Part 4: Total financial assets, line 36**  $2,100.00

59. **Part 5: Total business-related property, line 45**  $500.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00

61. **Part 7: Total other property not listed, line 54**  **+**  $0.00

$100.00

62. **Total personal property.**  Add lines 56 through
    property total  ➔  **+**  $4,200.00  $4,200.00  61................  Copy personal

63. **Total of all property on Schedule A/B.**  Add line 55 + line
    62..........................................  $139,200.00

6. <u>**Household goods and furnishings (details):**</u>

**2 - BEDROOM SET**
RESIDENCE  $400.00

**POTS PANS DISHES**
RESIDENCE  $150.00

**DINING ROOM TABLE 6 CHAIRS**
RESIDENCE  $200.00

**LIVING ROOM SET / COUCH /SOFA**
RESIDENCE  $300.00

**LAWN CHAIRS**
RESIDENCE  $100.00

**FRIDGE**
RESIDENCE  $200.00

**OVEN**
RESIDENCE  $100.00

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | XANTHEKALAGIS |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

**Official Form 106C**

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:735 ILCS 5/12-902 (Claimed: RESIDENCE TOWNHOME 707 BENTON CT IL LAKE VILLA IL 60046 Line from *Schedule A/B*: 1.1 | $135,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | $13,000.00 100% of fair market value, up to any applicable statutory limit) |
| Brief description: 1996 Toyota Corrolla LE (approx. 89000 miles) 1996 TOYOTA CORROLLA LE  89000 VIN# 1NXBB02EXTZ496199 RESIDENCE Line from *Schedule A/B*: 3.1 | $1,500.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) (Claimed: $1,500.00 100% of fair market value, up to any applicable statutory limit) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1    XANTHE KALAGIS                    Case number (if known) _____

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of portion you own | Amount of the the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

Brief description: **735 ILCS 5/12-1001(b) (Claimed: 2 $BEDROOM SET**
RESIDENCE
Line from *Schedule A/B*: ___6___

☐ 100% of fair market value, up to any applicable statutory limit

**$400.00**
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:
**POTS PANS DISHES**
**RESIDENCE**
Line from *Schedule A/B*: ___6___

$150.00

☐
☑ value, up to any applicable statutory limit

**735 ILCS 5/12-1001(b) (Claimed: $150.00**
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:
**DINING ROOM TABLE 6 CHAIRS**
**RESIDENCE**
Line from *Schedule A/B*: 6

$200.00

☐
☑ 100% of fair market value, up to any applicable statutory limit

**735 ILCS 5/12-1001(b) (Claimed: $200.00**
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:
**LIVING ROOM SET / COUCH /SOFA**
**RESIDENCE**
Line from *Schedule A/B*: 6
Brief description:

$300.00

☐
☑ 100% of fair market value, up to any applicable statutory limit

**735 ILCS 5/12-1001(b) (Claimed: $300.00**
**100% of fair market value, up to any applicable statutory limit)**

---

**LAWN CHAIRS**
**RESIDENCE**
Line from *Schedule A/B*: ___6___

$100.00

☐
☑ 100% of fair market value, up to any applicable statutory limit

**735 ILCS 5/12-1001(b) (Claimed: $100.00**
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:
**FRIDGE**
**RESIDENCE**
Line from *Schedule A/B*: 6

**OVEN**

$200.00

☐
☑ value, up to any applicable statutory 100% of fair market limit

**735 ILCS 5/12-1001(b) (Claimed: $200.00**
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:

**RESIDENCE**
Line from *Schedule A/B*: ___6___

$100.00

☐
☑ value, up to any applicable statutory limit

**735 ILCS 5/12-1001(b) (Claimed: $100.00**
100% of fair market
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:
**NECESSARY WEARING APP**
**RESIDENCE**
Line from *Schedule A/B*: ___11___

$300.00

☐
☑ 100% of fair market value, up to any applicable statutory

**735 ILCS 5/12-1001(a), (e) (Claimed: $300.00**
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:
**WEDDING RING - CRUCIFIX W/ CHAIN**
**WATCH**
**ON SELF**

Line from *Schedule A/B*: **12**

$350.00

☐
☑ 100% of fair market value, up to any applicable statutory limit

**735 ILCS 5/12-1001(b) (Claimed: $350.00**
**100% of fair market value, up to any applicable statutory limit)**

---

Official Form 106C

Schedule C: The Property You Claim as Exempt

Debtor 1   **XANTHE KALAGIS**

Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the the the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:**735 ILCS 5/12-1001(b) (Claimed: US$300.00** 100% of fair market **$300.00** AT RESIDENCE<br>Line from *Schedule A/B*:   16 | **US$300.00** | ☑ 100% of fair market value, up to any applicable statutory limit | **100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**WOOD FOREST NATIONAL BANK ANTIOCH IL - CHECKING ACCT**<br>Line from *Schedule A/B*:   17.1 | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**SOCIAL SECURITY BENEFITS AT**<br>**$1,887/month**<br>Brief description:<br>Line from *Schedule A/B*:   30 | **Unknown** | ☐<br>☑ 100% of fair market limit value, up to any applicable statutory | **(Claimed: Unknown**<br>**735 ILCS 5/12-1001(g)(1), (2), (3)**<br>**100% of fair market value, up to any applicable statutory limit)** |
| **TERM LIFE - NO FACE VALUE - PAID FOR WHEN I PASS HAS BENEFICIARYS NOT ME.**<br>Line from *Schedule A/B*:   31 | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(f) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2 TVS - RESIDENCE**<br>Line from *Schedule A/B*:   53 | **$100.00** | ☐<br>☑ value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

100% of fair market

Fill in this information to identify your case.

| Debtor 1 | XANTHE | | KALAGIS | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States
Bankruptcy
Court for the:
**NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of<br>collateral<br>that supports<br>this claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** Describe the property that claim:

secures the
$122,000.00
$135,000.00

**OCWEN MORTGAGE**
Creditor's name
**PO BOX 33416-4646**
Number    Street

**RESIDENCE TOWNHOME**

West Palm Bch    **FL**    33416-4646
City               State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ if this claim relates    **HOME LOAN** to a community
debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
Check

Date debt was incurred    2013        Last 4 digits of account number    **4    4    3    8**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $122,000.00 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $122,000.00 |

---

**Fill in this information to identify your case:**

| Debtor 1 | XANTHE | | KALAGIS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 ☐
Check if this is an amended filing

---

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |

**List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | Total claim |

4.1

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

$ 9

Debtor 1   **XANTHE KALAGIS**

Case number (if known) _____

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

Nonpriority Creditor's Name

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is:

4.3

$
3
1
4
.
1
0

COMCAST

PO BOX 7500
Number   Street

0   9   3   4

11-13

Check all that apply.

SOUTHEASTERN     PA   19398-7500
City                State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Cable**

Is the claim
subject to
offset?

☑
☐ Yes
   No

4.4

$495.00

Debtor 1 only
☑ Debtor 2 only that you did not report as priority
☐ Debtor 1 and Debtor 2 only
☐
☐ At least one of the debtors and another
☐
☐ Check if this claim is for a community debt
   **Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce
   claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑

Debtor 1   **XANTHE KALAGIS**

Nonpriority Creditor's Name
**PO BOX 5093**
Number      Street

When was the debt incurred?   **11-14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Part 2:**

**CAROL STREAM      IL      60197-5093**
City                    State   ZIP Code

Who incurred the debt?   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**OTHER**

☒
☐ Yes

**AT&T**

Last 4 digits of account number   **1   7   1   2**

7
9
.
0
7

Is the claim subject to offset?
No

4.2

$
1
,
2
8
8
.
0
0

**CAPITAL ONE PORTFOLIO RECOVERY**

**140 CORPORATE BLVD**
Number      Street

**NORFOLK          VA   23502**
City                State   ZIP Code

Who incurred the debt?   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

☒
☐ Yes
offset?
No

Last 4 digits of account number   **0   1   5   7**
When was the debt incurred?   **6-11**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Collecting for -**

Nonpriority Creditor's Name

Is the claim
subject to

Debtor 1   **XANTHE KALAGIS**

Case number (if known) _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

_____

Total claim

Last 4 digits of account number   4

When was the debt incurred?
As of the date you file, the claim is:

**COMPLETE PAYMENT RECOVERY**
Nonpriority Creditor's Name

Last 4 digits of account number   1  1  6  6

**11601 ROOSEVELT BLVD**
Number      Street

When was the debt _____ incurred?   9/13

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**ST. PETERBURG    FL    33716**
City               State   ZIP Code

Who incurred the debt?   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

**MEDICAL BILLS**

Is the claim subject to offset?
☑ No
☐ Yes

4.5

$486.82

**COMPLETE RECOVERY**
Nonpriority Creditor's Name

Last 4 digits of account number   1  1  6  6

**11601 ROOSEVELT BLVD**
Number      Street

When was the debt incurred?   9-13

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**ST. PETERSBURG    FL    33716**
City               State   ZIP Code

Who incurred the debt?   Check one.

Type of NONPRIORITY unsecured claim:

Student loans

Other.  Specify
**Collecting for -**

4.6

$814.00

**CONVERGENT USA**
Nonpriority Creditor's Name

9   4   2

**219 PERIMETER CENTER PKWY  NE - SUITE**
Number      Street

Check all that apply.

Debtor 1 only

☑ Debtor 2 only that you did not report as priority
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Other.  Specify Check if this claim is for a

☐ Obligations arising out of a separation agreement or divorce claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ community debt

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F

Schedule E/F: Creditors Who Have Unsecured Claims

page 4

Debtor 1    **XANTHE KALAGIS**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

Total claim

Nonpriority Creditor's Name

Last 4 digits of account number    __4__

When was the debt incurred?

As of the date you file, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**ATLANTA            GA    30346**
City                State    ZIP Code

Is the claim subject to offset?
No

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for -**

4.7
**$890.00**

☑
☐ Yes

---

DIRECT TV

Last 4 digits of account number    __9__  __4__  __0__  __9__

Nonpriority Creditor's Name

**P.O. BOX 6550**
Number    Street

When was the debt incurred?    __10-15__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**GREENWOOD VILLAGE CO    80155-6550**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Satellite TV**

Is the claim subject to offset?
☑ No
☐ Yes

4.8

**$165.08**

---

Debtor 1 only
☑
☐ Debtor 2 only that you did not report as priority
☐ Debtor 1 and Debtor 2 only
☐
☐ At least one of the debtors and another
☐ Other. Specify Check if this claim is for a
Is the claim subject to offset?
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ community debt

Debtor 1    **XANTHE KALAGIS**

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

_____

_____

Last 4 digits of account number    __4__

**FAMILY MOBILE**
Nonpriority Creditor's Name
**702 S.W. 8TH STREET**
Number    Street

When was the debt incurred?
As of the date you file, the claim is:
Last 4 digits of account number    _8_ _1_ _4_ _6_
When was the debt incurred?    _9-15_

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**BENTONVILLE**    **AR**    **72716**
City    State    ZIP Code

Who incurred the debt?   Check one.

Type of NONPRIORITY unsecured claim:

Student loans

4.9    $420.00 KENO    _4_    _6_    _4_

**Mobile**

PO BOX 190
Number    Street

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**HAGER CITY**    **WI**    **54014**
City    State    ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**OTHER**

☑
☐ Yes
☐ No

Is the claim subject to offset?

4.10

$12,652.00

**LIEBERMAN MGMT PAINTED LAKES**    Last 4 digits of account number    _1_ _4_ _5_ _1_

Debtor 1 only
☑ Debtor 2 only that you did not report as priority
☐ Debtor 1 and Debtor 2 only
☐
☐ At least one of the debtors and another
☐ Other.  Specify Check if this claim is for a
Is the claim subject to offset?
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ community debt

Debtor 1   __XANTHE KALAGIS_____

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

[  ]

| | Total claim |
|---|---|
| | _____ |

Nonpriority Creditor's Name _____

Last 4 digits of account number   __4__

When was the debt incurred? _____

As of the date you file, the claim is: _____

__PO BOX  5723_____
Number      Street

When was the debt incurred?   __8-15_____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Nonpriority Creditor's
Name

__CAROL STREAM_____   __IL____   __60197____
City                        State    ZIP Code

Who incurred the debt?   Check one.

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other.  Specify
      **LAW SUIT**

- [✓]
- [ ] Yes

     No

Is the claim
subject to
offset?

4.11

$1,048.70

__NICOR_____
Nonpriority Creditor's Name

__PO BOX 5407_____
Number      Street

Last 4 digits of account number   __0__  __0__  __0__  __7__

When was the debt incurred?   __8-11_____

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

__CAROL STREAM_____   __IL____   __60197-5407__
City                        State    ZIP Code

Who incurred the debt?   Check one.

Type of NONPRIORITY unsecured claim:

     Student loans

     **OTHER**

     Debtor 1 only

- [✓] Debtor 2 only that you did not report as priority
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Other.  Specify **Check if this claim is for a**

- [ ] Obligations arising out of a separation agreement or divorce
      claims

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] **community debt**

Is the claim subject to offset?

- [✓] No
- [ ] Yes

Debtor 1   **XANTHE KALAGIS**
Case number (if known) _____

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

[ ]

**Total claim**

Last 4 digits of account number   **4**
When was the debt incurred?

As of the date you file, the claim is:

4.12

**PERFORMANCE MANAGEMENT**

$268.00

Nonpriority Creditor's Name
**PO BOX 1548**
Number       Street

**9   4   2**

**10-11**
Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**LYNWOOD               VA        98046**
City                    State    ZIP Code

Who incurred the debt?   Check one.
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other.  Specify
**Collecting for -**

[x] Yes
[ ] No

Is the claim subject to offset?

4.13

$890.00

**SERVANTEZ SC**
Nonpriority Creditor's Name
**4104 WASHINGTON AVE**
Number       Street

Last 4 digits of account number   **0   5   5   6**
When was the debt                              incurred?   **11/12**

As of the date you file, the claim is: Check all that apply.
[ ] Contingent

**RACINE               WI        53405**
City                    State    ZIP Code

[ ] Unliquidated
[ ] Disputed

Who incurred the debt?   Check one.
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[x] Debts to pension or profit-sharing plans, and other similar debts
[ ] Other.  Specify
**OTHER**

Is the claim subject to offset?
[x] No
[ ] Yes

Debtor 1 only

[x] Debtor 2 only that you did not report as priority
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Other.  Specify Check if this claim is for a

Is the claim subject to offset?
[x] No
[ ] Yes

[ ] Obligations arising out of a separation agreement or divorce claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] community debt

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    **XANTHE KALAGIS**

Case number (if known) _____

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

Nonpriority Creditor's Name

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is:

4.14

$1,800.00

**SERVANTEZ SC**

Last 4 digits of account number    **U  N  K**

**4101 WASHINGTON AVENUE**
Number    Street

When was the debt incurred?    **7-13**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nonpriority Creditor's Name **RACINE WI 53405**    **WI    53405**
City    State    ZIP Code

Type of NONPRIORITY unsecured claim:

Who incurred the debt?    Check one.

Student loans

4.15    **OTHER**

**T-Mobile**

$201.97

**PO BOX 790047**
Number    Street

**9-11**    **T-MOBILE    7**
    **4    8**
Check all that apply.    **3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ST. LOUIS**    **MO    63179**
City    State    ZIP Code

Who incurred the debt?    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Mobile**

☑
☐ Yes

subject to offset?

No

Is the claim

Debtor 1 only

☑ Debtor 2 only that you did not report as priority
☐ Debtor 1 and Debtor 2 only
☐
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce
  claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1    **XANTHE KALAGIS**
_____

Case number (if known) _____

<div style="background:black;color:white">**Part 2:**</div>    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

[ ]

**Total claim**

Last 4 digits of account number
When was the debt incurred?

As of the date you file, the claim is:

4.16

$570.00

**TRIDENT ASSOC MGMT**
Nonpriority Creditor's Name

**PO BOX 888424**
Number    Street

Last 4 digits of account number    **0  9  1  8**

When was the debt _____ incurred?    **11-11**

As of the date you file, the claim is: Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**ATLANTA        GA    30356**
City                State    ZIP Code

Who incurred the debt?    Check one.
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[x] Debts to pension or profit-sharing plans, and other similar debts
[ ] Other. Specify

Collecting for -

Is the claim subject to offset?

[x]
[ ] Yes

No

4.17

$213.47

**WASTE MANAGEMENT**
Nonpriority Creditor's Name

**PO BOX 4647**
Number    Street

Last 4 digits of account number    **0  8  5  8**

When was the debt incurred?    **12-11**

As of the date you file, the claim is: Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**CAROL STREAM        IL    60197-4647**
City                State    ZIP Code

Who incurred the debt?    Check one.

Type of NONPRIORITY unsecured claim:

Student loans

Other. Specify
**Garbage Removal**

4.18

$1,727.67

Debtor 1    **XANTHE KALAGIS**
_____      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

[ ]

Total claim

Nonpriority Creditor's Name
_____      Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is:

Nonpriority Creditor's Name
**WE ENERGY**                     6   1   1   3
**PO BOX 90001**                  07-09
_____
Number      Street                        Check all that apply.
_____   [ ]    Contingent
_____   [ ]
                                  [ ]    Unliquidated
                                  Disputed

**MILWAUKEE WI**    **53290-**    [ ]
                    **WI**  **0001**   [ ]
City                State   ZIP Code

Who incurred the debt?  Check one.    [ ]
[✓] Debtor 1 only                     [✓]
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this claim is for a community
    debt

[✓] Is the claim subject to offset?
[ ] No
Yes

Type of NONPRIORITY unsecured
claim:

Student loans
Obligations arising out of a separation
agreement or divorce that you did not report as
priority claims
    Debts to pension or profit-sharing plans, and
                other similar debts
Other.
Specify
**Utilities**

Debtor 1 only

[✓] Debtor 2 only that you did not report as priority    [ ] Obligations arising out of a separation agreement or divorce
[ ] Debtor 1 and Debtor 2 only                               claims
[ ]
[ ] At least one of the debtors and another               [ ] Debts to pension or profit-sharing plans, and other similar debts
[ ] Check if this claim is for a community debt           [ ]
    Is the claim subject to offset?                       [✓]
[✓] No
[ ] Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 11

Debtor 1   **XANTHE KALAGIS**

Case number (if known)

## List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name
**Civil Division**
Number      Street
**18 N County St**

Line _____

**Lake County Clerk of the Circuit Court**  On which entry in Part 1 or Part 2 did you list the original creditor?

of *(Check* ☐ *one):* Part 1: Creditors with Priority Unsecured
Claims     ☐

Part 2: Creditors with Nonpriority Unsecured Claims

**Waukegan**          IL      **60085**
City State      ZIP Code

Last 4 digits of account number     **0   4   1   5**

---

Name
**Nineteenth Judicial Circuit Court**
Number      Street
**Civil Department**
**18 North County Street**

Line
Claims

**4.10** of *(Check* ☐ *one):* Part 1: Creditors with Priority Unsecured

On which entry in Part 1 or Part 2 did you list the original creditor?

☑

Part 2: Creditors with Nonpriority Unsecured Claims

**Waukegan**          IL      **60085-4359**
City State      ZIP Code

Last 4 digits of account number   0415

▮

Debtor 1 **XANTHE KALAGIS** Case number (if known)

**a Debt That You Already Listed**

**List Others to Be Notified About**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Nineteenth Judicial Circuit Court**
Name
**Civil Department**
Number       Street
**18 North County Street**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      **4.10** of (Check
Claims                          one): Part 1: Creditors with Priority Unsecured

☐

☑

Part 2: Creditors with Nonpriority Unsecured Claims

**Waukegan**          IL     **60085-4359**       Last 4 digits of account number   5035
City State           ZIP Code

### Add the Amounts for Each Type of Unsecured Claim

1. Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| Total claims 6a. Domestic support obligations [23]a. from Part 1 |  | $0.00 |
| 6b.  Taxes and certain other debts you owe the government | 6b. | $0.00 |
| 6c.  Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| 6d.  Other. Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |

[1] 6e.        **Total.** Add lines 6a through 6d.

6d.

| $0.00 |
|---|

Total claim

Total claims   6f.        Student loans     6f.     $0.00 from Part 2      $0.00

[2] 6g. Obligations arising out of a separation agreement or divorce
that you did not report as priority claims        6g.

Debts to pension or profit-sharing plans, and other similar debts      $0.00
6h.
Other. Add all other nonpriority unsecured claims.  Write that amount   6h.
6i.  here.        6i. +   $25,223.88

| $25,223.88 |
|---|

[3] 6j.        **Total.** Add lines 6f through 6i.        6j.

Debtor 1    XANTHE KALAGIS

Case number (if known)

☐ Check if this is an amended filing

Official Form
106G

**Fill in this information to identify your case:**

| Debtor 1 | XANTHE | | KALAGIS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States
Bankruptcy
Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

**Schedule G: Executory Contracts
and Unexpired Leases**        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    Do you have any executory contracts or unexpired leases?
☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.    List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

Person or company with whom you have the contract or lease          State what the contract or lease is for

Official Form 106G                    **Schedule G: Executory Contracts and Unexpired Leases**

Fill in this information to identify your case.

| | | | |
|---|---|---|---|
| Debtor 1 | XANTHE | | KALACIS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States
Bankruptcy
Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an amended filing

**Official Form 106H**

**Schedule H: Your Codebtors**   12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

Fill in this information to identify your case:

| Debtor 1 | XANTHEKALAGIS | | | Official Form 106H | Schedule H: Your |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Codebtors | page 1 Check if this is: |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name CT OF ILLINOIS | An amended filing | |

United States Bankruptcy Court for the: **NORTHERN DISTRI**

A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Case number (if known) _____

**Official Form 106I**

**Schedule I: Your Income** 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1.   Fill in your employment

| | | |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **RETIRED** | |
| Employer's name | | |
| Employer's address | | |
| | Number  Street | Number  Street |
| | | |
| | City          State  Zip Code | City          State  Zip Code |

**information.**
If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

Debtor 1

Debtor 2 or non-filing spouse

How long employed there?   _____

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

Debtor 1   **XANTHE KALAGIS**

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

2. **List** _____ monthly gross wages, salary,

and commissions (before all   2. _____ $0.00 _____
payroll deductions).  If not paid monthly, calculate what the monthly wage
would be.

3. **Estimate and list monthly overtime pay.**   3. **+**   $0.00

4. **Calculate gross income.** Add line 2 + line 3.4.

| For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|
| $0.00 | |

| | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|
| Copy line 4 here ..............................................................➔ 4. | $0.00 | _____ | Official Form 106I Schedule I: Your Income   page 1 |
| 5. List all payroll deductions: | | | |
| Tax, Medicare, and Social Security deductions   5a. | $0.00 | _____ | |
| 5b.  Mandatory contributions for retirement plans   5b. | $0.00 | _____ | 5a. |
| Voluntary contributions for retirement plans   5c. | $0.00 | _____ | |
| 5d.  Required repayments of retirement fund loans   5d. | $0.00 | _____ | 5c. |
| 5e. | 5e. | $0.00 | _____ | |
| Domestic support obligations   5f. | $0.00 | _____ | Insurance |
| 5g. | $0.00 | _____ | 5f. |
| 5h. **+** | $0.00 | | 5g. Union dues |
| 6. **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f +   6. | $0.00 | _____ | |
| 7. **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7. | $0.00 | _____ | |
| 8. **List all other income regularly received:** | | | |
| 8a.  Net income from rental property and from operating a   8a. | $0.00 | _____ | |

5h. Other deductions. Specify:

5g + 5h. **business, profession, or**


**farm**


Attach a statement for each property and business showing gross
receipts, ordinary and necessary business expenses, and the
total monthly net income.

| | | | |
|---|---|---|---|
| 8b. **Interest and dividends**   8b. | $0.00 | _____ | |
| 8c.  Family support payments that you, a non-filing spouse, or a   8c. | $0.00 | _____ | |
| 8c. dependent regularly receive | | | |

Include alimony, spousal support, child support, maintenance, divorce
settlement, and property settlement.

| | | | |
|---|---|---|---|
| 8d. **Unemployment compensation**   8d. | $0.00 | | |
| 8e. **Social Security**   8e. | $0.00 | _____ | |
| 8f. **Other government assistance that you regularly receive** | | | |

Include cash assistance and the value (if known) or any noncash
assistance that you receive, such as food stamps
(benefits under the Supplemental Nutrition Assistance Program) or
housing subsidies.

Specify: _____    8f.    $0.00    _____

**8g.  Pension or retirement income**    8g.    $0.00    _____

**8h.  Other monthly income.**
Specify:  Social Security/Gov. Assist.    8h. +    $1,887.00    _____

**9.  Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $1,887.00

**10. Calculate
income.** Add line    $1,887.00  +  _____  =  $1,887.00    monthly
Add the entries in    _____    7 + line 9.    10.    line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.  State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other
friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +  _____
$0.00

**12.  Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly
income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information,    12.    $1,887.00
if it applies.

**Combined
monthly income**

**13.  Do you expect an increase or decrease within the year after you file this form?**
☑  No.    None.
☐  Yes. Explain:

Official Form 106I    **Schedule I: Your Income**    page 2

**Fill in this information to identify your case:**

Debtor 1        XANTHEKALAGIS
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)
First Name          Middle Name          Last Name **CT OF ILLINOIS**

United States
Bankruptcy Court for
the:        **NORTHERN DISTRI**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

**Official Form 106J**

**Schedule J: Your Expenses**

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.   **Is this a joint case?**

☑ No.   Go to line 2.
☐ Yes.   **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes.   Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.

**Do you have dependents?**          ☑ No
Do not list Debtor 1 and Debtor 2.    ☐ Yes.   Fill out this information
                                        for each dependent..................

**Do not state the dependents' names.**

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.   Do your expenses include   No ☑
                                    ☐

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.   **The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.          4.

If not included in line 4:

4a.   Real estate taxes
expenses of people other than   Yes   yourself and your
dependents?          4a.

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

4b.  Property, homeowner's, or renter's insurance

4b. _____

Home maintenance, repair, and upkeep expenses

4c. _____ **$520.00**

4c. _____ **$100.00**

4d.  Homeowner's association or condominium dues

4d. _____

5.    **Additional mortgage payments for your residence,** such as home equity loans

6.    **Utilities:**

6a.  Electricity, heat, natural gas

6a. _____ **$180.00**

6b.  Water, sewer, garbage collection

6b. _____ **$105.00**

6c.  Telephone, cell phone, Internet, satellite, and cable services

6c. _____ **$80.00**

6d.  Other.  Specify:   **CABLE 90.00**

6d. _____ **$0.00**

7.    **Food and housekeeping supplies**          7. _____ **$400.00**

8.    **Childcare and children's education costs**  8. _____

9.    **Clothing, laundry, and dry cleaning**    (See continuation sheet(s) for details) 9. _____ **$75.00**

10.   **Personal care products and services**   10. **11.   Medical and dental expenses**    11. _____ **$0.00**

12.   **Transportation.** Include gas, maintenance, bus or train 12. fare.  Do not include car payments. _____ **$100.00**

13.   **Entertainment, clubs, recreation, newspapers,**   13. magazines, and books _____ **$50.00**

14.   **Charitable contributions and religious donations**  14. _____ **$0.00**

15.   **Insurance.**

Do not include insurance deducted from your pay or included in lines 4 or 20. _____ **$110.00**

15a.  Life insurance

15a. _____ **$140.00**

15b.  Health insurance

15b. _____ **$0.00**

15c.  Vehicle insurance

15c. _____ **$0.00**

15d.  Other insurance.  Specify:  **AUTO 50.00**

15d. _____ **$0.00**

16.   **Taxes.**          Do not include taxes deducted from your pay or included in lines 4 or 20. _____ **$0.00**

Specify: _____

16. _____

17.   **Installment or lease payments:**

17a.  Car payments for Vehicle 1

17a. _____ **$0.00**

17b.  Car payments for Vehicle 2

17b. _____

17c. Other.  Specify: _____ _____ **$0.00**

17c. 17d. _____

Other. _____ **$0.00**

Specify:17d. _____ **$0.00**

18.   **Your payments of alimony, maintenance, and support that you did not report as 18. deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** _____

19.   **Other payments you make to support others who do not live with you.**
Specify:

19. _____ **$0.00**

_____

**Your expenses**

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.  Mortgages on other property                                                20a. _____

20b.  Real estate taxes                                                          20b. _____

20c.  Property, homeowner's, or renter's insurance                              20c. _____

20d. Maintenance, repair, and upkeep expenses      20d. 20e. Homeowner's association or

condominium dues        20e.

21. **Other.** Specify: _____        + _____

21.

22. **Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                          22a. | $1,861.00 |

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.      22b.

22c.  Add line 22a and 22b.  The result is your monthly expenses.      22c. | $1,861.00 |

|  $26.00 |

23. **Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.      23a. _____ $1,887.00

23b.  Copy your monthly expenses from line 22c above.                   23b.

23c.  Subtract your monthly expenses from your monthly income.          – _____ $1,861.00
       The result is your monthly net income.                          23c.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

Explain here:
**None.**

9. **Clothing, laundry, and dry cleaning (details):**

| | |
|---|---|
| Clothing | |
| Laundry/Dry Cleaning | $50.00 |
| | $25.00 |
| Total: | $75.00 |

Fill in this information to identify your case.

| | |
|---|---|
| Debtor 1 | XANTHE ___ |
| | First Name       Middle Name       Last Name |
| Debtor 2 | ___ |
| (Spouse, if filing) First Name | Middle Name       Last Name |
| United States Bankruptcy Court for the: | ___ |
| NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | ___ |

☐ Check if this is an amended filing

Official Form 107

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   ☑ No
   ☐ Yes. Fill in the details.

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Describe below. | Gross income from each source (before deductions and exclusions | Sources of income Describe below. | Gross income from each source (before deductions and exclusions |
| **From January 1 of the current year until** the date you filed for bankruptcy: | Social Security | $1,887.00 | | |
| **For the last calendar year:** (January 1 to December 31, **2016** ) YYYY | Social Security | $22,644.00 | | |
| **For the calendar year before that:** (January 1 to December 31, **2015** ) YYYY | Social Security | $22,584.00 | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐    No. Go to line 7.

☐    Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑    No. Go to line 7.

☐    Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;

Debtor 1    **XANTHE KALAGIS**

Case number (if known) _____

corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding? List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **PAINTED LAKES V XANTHE Judicial Circuit Court KALAGIS** | **CIVIL LAW DEPT**    Nineteenth | Court Name<br>**Civil Law Dept**<br>Number    Street<br>**18 North County Street** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case _____ number 14 LM 001451 ~~£~~<br>12 C 5035 | **Status of the Case: JUDGMENT $14,500.00** | **Waukegan**    **IL**    **60085-4359**<br>City    State    ZIP Code | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?

Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes.  Fill in the details for each gift.

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

**Susan M Signer Services**

**1756 S. Clyde Morris Blvd., #02**
Number    Street

**Daytona Beach**    **FL**    **32119**
City    State    ZIP Code

**http://www.signerservices.com**
Email or website address

Person Who Made the Payment, if Not You

001 DebtorCC, Inc.

Description and value of any property transferred

Bankruptcy Petiiton Preparer document
Person Who Was Paid    preparation. Debtor
informed that if her fee
maximum is less than $125, then she will
be reimbursed the difference.
Date payment    Amount of or transfer was
payment made

**12.20.16 $125.00**

Description and value of any property
transferred

Mandatory credit counseling

Person Who Was Paid

378 Summit Ave.

Debtor 1    XANTHE KALAGIS

Case number (if known)

Number   Street

Person Who Made the Payment, if Not You

| Date payment or transfer was made | Amount of payment |
|---|---|

Jersey City      NJ    07306
City             State  ZIP Code

http://www.debtorcc.org
Email or website address

| 12.8.2016 | $14.95 |
|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **XANTHE KALAGIS**

Case number (if known)

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25.    Have you notified any governmental unit of any release of hazardous material? No
☑ Yes. Fill in the details.
☐

26.    Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.
☑ No
☐ Yes. Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____
   XANTHE KALAGIS, Debtor 1            Signature of Debtor 2

Date    __01/05/2017__    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☑ Yes.  Name of person    __Susan M Signer__

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | XANTHE | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States
Bankruptcy
Court for the: _____
NORTHERN DISTRICT OF ILLINOIS

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- ■ creditors have claims secured by your property, or you have

- ■ leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Hold Secured Claims

1.   For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's **GMAC MORTGAGE**Surrender the and redeem it.Yes | ☐ property.No name:Retain the ☐ ☒ | ☐ property |
| Description of **RESIDENCE TOWNHOME**Retain the property*Reaffirmation Agreement.* securing debt:Retain the | property and enter into a ☐ property and [explain]: | |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases

Will this lease be assumed?

**None.**

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1 Debtor 1    **XANTHE KALAGIS**

Case number (if known)

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____    X _____

XANTHE KALAGIS, Debtor 1    Signature of Debtor 2

Date _____    04/05/2017 Date _____

MM / DD / YYYY    MM / DD / YYYY

Official Form 108

**Statement of Intention for Individuals Filing Under Chapter 7**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  **XANTHE KALAGIS**

CASE NO

CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 4/5/2017    Signature _____
                                                                         XANTHE KALAGIS

Date _____        Signature _____

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:
**XANTHE KALAGIS**

Debtor(s)

Case No.: _____
SSN:  **xxx-xx-0556**
SSN: _____

Address:
**707 BENTON CT
LAKE VILLA, IL
60046**

## Numbered Listing of Creditors

Chapter:  **7**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | AT&T<br>PO BOX 5093<br>CAROL STREAM, IL 60197-5093<br>xxxxx1712 | Unsecured Claim | $979.07 |
| 2. | CAPITAL ONE PORTFOLIO RECOVERY<br>140 CORPORATE BLVD<br>NORFOLK , VA 23502<br>xxxx xxxx xxxx xxxx-0157 | Unsecured Claim | $1,288.00 |
| 3. | COMCAST<br>PO BOX 7500<br>SOUTHEASTERN, PA 19398-7500<br>xxxx xxxx xxxx 0934 | Unsecured Claim | $314.10 |
| 4. | COMPLETE PAYMENT RECOVERY<br>11601 ROOSEVELT BLVD<br>ST. PETERBURG , FL 33716<br>xxxx1166 | Unsecured Claim | $495.00 |
| 5. | COMPLETE RECOVERY<br>11601 ROOSEVELT BLVD<br>ST. PETERSBURG , FL<br>33716 xxxx1166 | Unsecured Claim | $486.82 |
| 6. | CONVERGENT USA<br>219 PERIMETER CENTER PKWY  NE - SUITE<br>2 ATLANTA , GA 30346 xxx-xx-4942 | Unsecured Claim | $814.00 |

in re:  **XANTHE KALAGIS**

Debtor

| | Creditor name and mailing address | Category of claim | Case No. (if known)<br>Amount of claim |
|---|---|---|---|
| 7. | DIRECT TV | Unsecured Claim $890.00 | |

P.O. BOX 6550
GREENWOOD VILLAGE , CO 80155-6550
xxxx9409

8.      FAMILY MOBILE    Unsecured Claim $165.08
        702 S.W. 8TH STREET
        BENTONVILLE , AR 72716
        xxx xx8 146

9. Ocwen MORTGAGE        Secured Claim    $122,000.00
        PO BOX 33416
        West Palm Bch FL 33416-4646
        xxxxxx4438

10.     KENO    Unsecured Claim $420.00
        PO BOX 190
        HAGER CITY , WI 54014
        xx4464

11.     Lake County Clerk of the Circuit Court        Unsecured Claim $0.00
        Civil Division
        18 N County St
        Waukegan, IL 60085
        14 LM 0415

12.     LIEBERMAN MGMT PAINTED LAKES        Unsecured Claim $12,652.00
        PO BOX 5723
        CAROL STREAM , IL 60197
        xx xx1451

13.     NICOR    Unsecured Claim $1,048.70
        PO BOX 5407
        CAROL STREAM, IL 60197-5407
        xxxxxxx0007

14.     Nineteenth Judicial Circuit Court        Unsecured Claim $0.00
        Civil Department
        18 North County Street
        Waukegan, IL 60085-4359 xx-xx-
        xx1451

15.     PERFORMANCE MANAGEMENT        Unsecured Claim $268.00
        PO BOX 1548
        LYNWOOD , VA 98046
        xxxxx4942

in re:   **XANTHE KALAGIS**

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |

Debtor

16.   SERVANTEZ SC   Unsecured Claim $890.00
4104   WASHINGTON
AVE RACINE , WI 53405
xx0556

17.   SERVANTEZ SC   Unsecured Claim $1,800.00
4101 WASHINGTON AVENUE
RACINE WI  53405 , WI 53405
UNK

18.   T-MOBILE Unsecured Claim $201.97
PO BOX 790047 ST.
LOUIS , MO 63179
xxx xx7 483

19.   TRIDENT ASSOC MGMT   Unsecured Claim $570.00
PO BOX 888424
ATLANTA , GA 30356
xx0 918

20.   WASTE MANAGEMENT   Unsecured Claim $213.47
PO BOX 4647
CAROL STREAM , IL 60197-4647
xxx xx0 858

21.   WE ENERGY   Unsecured Claim $1,727.67
PO BOX 90001
MILWAUKEE WI, WI 53290-0001
xxxx xx6 113

22.   19th Judicial Dist - Civil Dept - Unsecured Claim
18 N. County St.
Waukegan  IL  60085 - 4359     12 — 5035

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **XANTHE KALAGIS**
named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,*
consisting of _____ 3 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: _____                _____   Date: 4/5/2017
**XANTHE KALAGIS**